In the Matter of CRISTINA DE B. PATINO, Appellant, against ANTENOR PATINO, Respondent.

Submitted November 15, 1954; decided December 2, 1954.

*Murray I. Gurfein* and *Irwin M. Rosenthal* for motion.
*Paxton Blair, J. Harlin O'Connell* and *Richard Heller* opposed.

Motion granted and appeals dismissed, with costs and $10 costs of motion, upon the ground that the orders appealed from do not judicially determine the controversies.